Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MILAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J.L. NORWOOD, et al.,<br><br>　　　　Respondents. | Case No. CV 08-3057 DSF(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the "Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person in Federal Custody" is denied and this action is dismissed without prejudice.

DATED: 7-3-08

　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE